## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No.07-06665 |
| Shirley A. White, | ) | Hon. Susan Pierson Sonderby |
| | ) | Hearing Date:  October 21, 2009 |
| Debtor. | ) | Time: 10:00 a.m. |

### Notice of Motion

**TO:**   *SEE ATTACHED SERVICE LIST*

PLEASE TAKE NOTICE that on Wednesday, October 21, 2009 at 10:00 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Susan Pierson Sonderby, United States Courthouse, 219 South Dearborn Street, Room 642, Chicago, Illinois and then and there present the **Trustee's Application For An Order (i) Allowing and Authorizing Payment of Administrative Claims of Trustee and Real Estate Broker (ii) Waiving Final Report and (iii) Closing Case,** a true and correct copy of which is attached hereto and hereby served upon you.

Joseph A. Baldi
Elizabeth C. Berg
19 South LaSalle Street, Suite 1500
Chicago, IL  60603
(312) 726-8150

### Certificate of Service

I, Elizabeth C. Berg, hereby certify that September 21, 2009, I caused a true and correct copy of the foregoing Notice of Application and the document identified therein to be served on the persons on the attached service list via electronic notice or via first class mail, as indicated on the service list.

/s/ Elizabeth C. Berg

**SERVICE LIST**
**Shirley A. White, debtor**
**Case No. 07-06665**

Office of the U.S. Trustee
227 West Monroe Street
Suite 3350
Chicago, IL  60606
USTPRegion11.ES.ECF@usdoj.gov
**Via Electronic Notice**

Alexander Tynkov
Thomas Twomey
Zalutsky & Pinski, Ltd
20 N Clark St   Suite 600
Chicago, IL 60602
ecf@zaplawfirm.com
**Via Electronic Notice**

Terri M Long
Law Office of Terri M. Long
18201 Morris Avenue
Homewood, IL 60430
tmlong@tmlong.com
**Via Electronic Notice**

Timothy R Yueill
Law Offices of Ira T. Nevel
175 N. Franklin
Chicago, IL 60606
timothyy@nevellaw.com
**Via Electronic Notice**

Ms. Shirley White
5254 W. Polk
Chicago IL 60644
**Via 1st Class Mail**

Mr. Wilmer Tanner
5254 W. Polk
Chicago IL 60644
**Via 1st Class Mail**

eCAST Settlement Corporation
P.O. Box 35480
Newark NJ 07193
**Via 1st Class Mail**

Ms. Dorothy Harmon
Bakers Realty
7538 S. Wabash Ave.
Chicago, IL. 60619
**Via 1st Class Mail**

CitiMortgage, Inc.
McCalla, Raymer *et al.*
Attn:  Bankruptcy Department
1544 Old Alabama Road
Rosell, GA  30076
**Via 1st Class Mail**

HSBC Auto Finance
PO Box 829009
Dallas TX  75382
**Via 1st Class Mail**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No.07-06665 |
| Shirley A. White, | ) | Hon. Susan Pierson Sonderby |
| | ) | Hearing Date: October 21, 2009 |
| Debtor. | ) | Time: 10:00 a.m. |

### Trustee's Application For An Order
### (i) Allowing and Authorizing Payment of Administrative Claims of Trustee
### and Real Estate Broker (ii) Waiving Final Report and (iii) Closing Case

Joseph A. Baldi, not individually, but solely as trustee ("Trustee") of the estate ("Estate") of Shirley A. White, debtor ("Debtor"), pursuant to §§ 105, 326, 704(9) and 330 of title 11, United States Code ("Code"), requests this Court to enter an order: i) allowing and authorizing payment of administrative claims of Trustee and Real Estate Broker, (ii) waiving the requirement for filing a Final Report and iii) closing this case.   In support thereof, Trustee respectfully states as follows:

### I. Background

1.      Debtor commenced this case on April 13, 2007 by filing a voluntary petition for relief under chapter 7 of the Code.

2.      Joseph A. Baldi is the duly appointed, qualified and acting chapter 7 trustee in this case.

3.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

### II. Chapter 7 Case Administration

4.      At the time this case was commenced, the sole asset of value to this Estate consisted of improved real property commonly known as 5254 W. Polk, Chicago, Illinois (the "Property").  Trustee's *Individual Estate Property Record and Report* setting forth the scheduled assets of this estate and their disposition is attached hereto as Exhibit A.   At the outset of the case in mid-2007, Trustee believed that there may be equity in the Property for the Estate in light of the estimated value of the Property and the amount of liens on the Property.

5.     On August 21, 2007, the Trustee was authorized to employ Dorothy Harmon ("Broker") as his real estate broker.  The Broker marketed the Property and received an offer from Marquita Curry ("Ms. Curry") to purchase the Property for the purchase price of $145,000.00.

6.     Thereafter, pursuant to this Court's order dated October 17, 2007, the Trustee obtained court authorization to sell the Property to Ms. Curry and pay the Broker a six percent (6%) commission of the sale price at the closing of the Property.  Ms. Curry remitted a $1,000.00 earnest money deposit ("Earnest Money") to the Trustee and the closing was scheduled to occur on or before October 31, 2007.

7.     Shortly before the scheduled closing, Trustee learned that Ms. Curry had, in fact, not been approved for financing of the Property pending a second appraisal.  The Broker made arrangements and provided access to the Property for purposes of conducting the second appraisal.

8.     On November 13, 2007, the Trustee was advised by the mortgage broker, that upon the second appraisal of the Property, the lender would only approve a loan on the Property for $137,000.00 ("Reduced Price").  Trustee was required to present a second motion to the Court to obtain authority to sell the Property to Ms. Curry at the Reduced Price.

9.     On November 20, 2007, the Court entered an Order authorizing the Trustee to sell the Property at the Reduced Price.  On November 21, 2007, the mortgage broker informed the Trustee that notwithstanding the Reduced Price the lender declined to provide financing for the Property.  Trustee thereafter notified Ms. Curry that she was in breach of the sales contract and that the Earnest Money was forfeited.  The proposed sale never was consummated.  On January 29, 2008, the Court granted the mortgagee CitiMortgage, Inc.'s motion and entered an order modifying the stay as to the Property.

10.     As a result of the foregoing, Trustee does not believe there is any equity in the Property to recover for the benefit of creditors.   In addition, there are no other unencumbered, non-exempt assets in this Estate to administer for the benefit of creditors of the Estate.   A copy

of the *Form I Property Estate Record* is attached hereto as Exhibit A. Trustee currently holds $1,001.89 in the Estate's bank accounts which is comprised of the forfeited earnest money deposit and accrued interest. Trustee has incurred administrative expenses in connection with his marketing of the Property which greatly exceed the amount of funds in the Estate. As a result, this case is administratively insolvent and there are not sufficient funds available for distribution to unsecured creditors. Both Trustee and his counsel have incurred fees for professional services rendered to the estate which are described on the billing statements attached hereto as Exhibit B. In light of the small amount of funds involved, neither Trustee nor his counsel seek allowance or payment of an administrative expense claim on account of professional services they have rendered to the Estate.

### III. Request for Allowance and Payment of Administrative Claims
### of Trustee and Real Estate Broker

11.    Trustee does seek allowance of an administrative expense claim in the amount of $424.37 in consideration of actual, necessary expenses incurred and paid by Trustee in connection with the failed sale of the Property. A description of the expenses incurred and paid by Trustee in connection with this matter are set forth on page 6 of the billing statements of Trustee's counsel attached hereto as Exhibit B. The expenses include the cost of a survey and duplicate real estate bills.

12.    Trustee also seeks allowance of an administrative expense claim for Broker in the amount of $577.52. Broker performed extensive services on behalf of the Estate in efforts to market the property and close the sale. Specifically, Broker listed and showed the Property to multiple prospective purchasers, represented the Trustee in negotiations with prospective purchasers, conducted a walkthrough of the Property, acted as Trustee's agent in connection with all negotiations with Ms. Curry, arranged access and attended the two (2) appraisal inspections demanded by Ms. Curry's lender and assisted Trustee in arranging for the Debtor to vacate the Property prior to the scheduled closing. In connection with the foregoing services, Broker incurred actual expenses for gasoline, listing fees, automobile costs and other items.

3

13.    Pursuant to the Order employing the Broker, Broker was to be compensated in an amount equal to six percent (6%) of the sale price for the Property, upon the closing of the transaction. Broker performed all of the services for which she was retained and would have been entitled to the commission, but for the fact that the proposed purchaser was unable to close the sale. In light of the extent of services provided by Broker, Trustee requests allowance of an administrative claim on behalf of Broker in the amount of $577.52.

### IV. Funds Collected and Disbursed by Trustee

14.    As noted above, Trustee has collected the sum of $1,001.89 on behalf of the Estate. Trustee has disbursed $0.00 in this case as of the date hereof. A copy of the *Form II Estate Cash Receipts and Disbursements Record* showing the Estate's receipts and disbursements is attached hereto as Exhibit C.

### V. Payment of Administrative Claims

15.    Trustee requests that the administrative expense claims requested herein be paid from the Estate funds in his possession.

16.    Payment of the administrative expense claims requested herein will exhaust the funds of the Estate and this case will be ready to be closed.

### VI. Case Closing

17.    As a result of the foregoing, upon allowance and payment of the administrative expense claims requested above, Trustee states that cause will exist to waive any further requirement that Trustee file a final report in this case pursuant to §704(9) of the Code. There will be no further assets to administer and all funds of the estate will have been distributed pursuant to orders of this Court in accordance with the applicable priorities established under the Code. But for the Earnest Money that was forfeited, Trustee would be permitted to close this case as a no asset case.

18.    Once payment of the requested administrative expense claims has been made, Trustee will file a Final Account showing that all funds in the Estate have been disbursed in this case.

4

## VII. Notice

19.     Pursuant to Federal Rule of Bankruptcy Procedure 2002, Trustee sent thirty (30) days' notice of this Motion to the Debtor, all creditors and parties in interest on September 21, 2009 in the form attached hereto as Exhibit D.

WHEREFORE, Trustee requests that this Court enter an Order:

A.     Allowing Trustee an administrative expense claim in the amount of $424.37 for actual and necessary expenses incurred by Trustee on behalf of this Estate in connection with the failed sale of the Property described herein;

B.     Allowing to Trustee's real estate broker Dorothy Harmon an administrative expense claim in the amount of $577.52 for actual and necessary expenses incurred by her in connection with the failed sale of the Property;

C.     Authorizing Trustee to pay forthwith the administrative expense claims requested herein  from funds on hand in the estate;

D.     Finding that the Trustee's Application adequately provides a Final Report and Account of the administration of this Estate and waiving any further requirement that the Trustee file a Final Report with the Court or the United States Trustee for cause shown;

E.     Discharging the Trustee and directing the Clerk of the Court to close this case upon the filing of a Final Account approved by the United States Trustee showing that all Estate funds have been disbursed in this case; and

F.     For such other and further relief as the Court deems proper.

Dated:  September 21, 2009                    JOSEPH A. BALDI, as trustee of
                                                             the estate of Shirley A. White, Debtor


                                                             By: _____ /s/Elizabeth C. Berg __


Joseph A. Baldi/ID No. 00100145
Elizabeth C. Berg/I.D. No. 6200886
Joseph A. Baldi & Associates, P.C.
19 South LaSalle St.  Suite 1500
Chicago, Illinois  60611
(312) 726-8150

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:   1

| Case No. | 07-06665   SPS   Judge  Susan Pierson Sonderby |
| Case Name: | WHITE, SHIRLEY A. |
| For Period Ending:   09/21/09 | |

| Trustee Name: | Joseph A. Baldi, Trustee |
| Date Filed (f) or Converted (c): | 04/13/07 (f) |
| 341(a) Meeting Date: | 05/16/07 |
| Claims Bar Date: | 11/08/07 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. LOCATION  5254 W. POLK ST., CHICAGO IL. | 150,000.00 | 0.00 | | 0.00 | FA | 105,000.00 | 15,000.00 |
| 2. CHECKING WITH MB FINANCIAL | 120.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 3. CHECKING CHASE | 63.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 4. CHECKING WITH LOYOLA CREDIT UNION | 75.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 5. 3 ROOMS OF FURNITURE AND HOUSEHOLD GOODS WITH STAN | 1,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 6. PERSONAL CLOTHING | 400.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 7. EXPECTED REFUND (NO LONGER EXPECTS EARNED INCOME C | 3,500.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 8. 2005 DODGE NEON | 8,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 9. 2004 CADILLAC DEVILLE | 17,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 10. 2004 CHEVY CAVALIER - | 8,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 11. Forfeited Earnest Money (Breach of RE Contract) (u) | 0.00 | 1,000.00 | | 1,000.00 | FA | 0.00 | 0.00 |
| 12. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.89 | Unknown | 0.00 | 0.00 |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $188,158.00 | $1,000.00 | | $1,001.89 | $0.00 | $105,000.00 | $15,000.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Determined equity in Debtor's residence.  Hired broker and listed for sale.  Rec'd offer for $145,000.  Obtained Court approval for sale.  Closing to occur by 10/31/07.  Delayed 3 times by buyer and transaction finally fell through due to buyer's inability to obtain financing.  TR negotiated agreed turnover of $1000 earnest money deposit.  Case is administratively insolvent.  Motion to approve payment of funds for reimbursement of TR and Broker expenses,  close case and waive final report to be filed.

Initial Projected Date of Final Report (TFR): 04/01/08        Current Projected Date of Final Report (TFR): 02/15/09

LFORM1EX

Ver: 15.00a

**Joseph A. Baldi & Associates, P.C.**
19 S. LaSalle Street
**Suite 1500**
**Chicago, IL 60603**

**Phone:** (312) 726-8150

**Fax:**    (312) 726-5067                                                                  **FEIN:** 36-4352753

*Invoice submitted to:*                                                          November 17, 2008
                                                                                 Invoice No:    1098

*Joseph Baldi, Trustee*
19 South LaSalle Street
Suite 1500
Chicago, IL 60603

## *Consolidated Summary*

|  | Hours | Fees | Expenses | Total Charges | Payments | Previous Balance | Balance Due |
|---|---|---|---|---|---|---|---|
| *White, Shirley - Sale of Polk Street* | | | | | | | |
| | 44.60 | $9,698.00 | $424.37 | $10,122.37 | $0.00 | $0.00 | $10,122.37 |
| *White, Shirley - General Administration* | | | | | | | |
| | 3.00 | $922.00 | $0.00 | $922.00 | $0.00 | $0.00 | $922.00 |
| *White, Shirley - Retention of Professionals* | | | | | | | |
| | 0.70 | $180.00 | $0.00 | $180.00 | $0.00 | $0.00 | $180.00 |
| Balance Due | | | | | | | $11,224.37 |

Exhibit B

**Joseph A. Baldi & Associates, P. C.**                                  11/17/2008

White, Shirley - Sale of Polk Street                          Page    2

**In Reference to:**  *White, Shirley - Sale of Polk Street*

### Professional Services

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 7/25/2007 | JAB | TC with co obligor of Shirley re refinance of home. purchase of estate interest. | 0.50<br>$400.00/ hr | $200.00 |
| 8/07/2007 | ECB | Review real estate dox of record (.4) Prepare Motion and Order to Hire Real Estate Broker (1.2) | 1.60<br>$160.00/ hr | $256.00 |
| 8/07/2007 | ECB1 | Review Broker's report on property condition and suggested listing price (.2) Confer with Trustee re same (.1) Review and revise exclusive listing agreement submitted by broker (.8) Draft rider to listing agreement (.4) TC Dorothy Harmon re listing of property and execution of listing agreement (.3) Prepare AFfidavit of Disinterestedness for broker (.2) Obtain and transmit list of creditors for conflicts check (.2) Correspondence to broker re motion to hire, execution of rider and affidavit (.4) | 2.60<br>$400.00/ hr | $1,040.00 |
| 8/21/2007 | JAB | Obtain order approving Motion to Hire Broker | 0.40<br>$400.00/ hr | $160.00 |
| 9/24/2007 | ECB1 | Prepare service and filing of Rule 2007 Notice ot Creditors regarding proposed sale | 0.20<br>$160.00/ hr | $32.00 |
| 9/24/2007 | JAB | Review file, review contract. Prepare motion to authorize sale, motion to pay broker. (2) TC to seller's attorney re sale. (.3) Prepare and send notice to creditors re sale. (.5) Prepare and file motion, certificate of service, notice. (.5) | 3.30<br>$400.00/ hr | $1,320.00 |
| 9/27/2007 | ECB1 | Review real estate sales contract and rider re deadlines, contingencies and Seller's obligations (1.2) TC and corres to Streamline to arrange for survey of property (.3) Order title from Ticor (.3) Prep Legal Description for closing dox (.2) Corres to buyer's attorney re inspection. survy and title (.4) | 2.40<br>$160.00/ hr | $384.00 |
| 10/01/2007 | ECB1 | Review title commitment rec'd from Ticor (.3) Review Treasurer's website re unpaid RE taxes (.2) Review corres from Buyer and E-mail Ticor with lender contact info and loan amount (.3) Place order to update title with Ticor (.3) TC with Title company re title matters (.4) | 1.50<br>$160.00/ hr | $240.00 |
| 10/02/2007 | ECB1 | Review Citimortgage (.2) and prepare written request for payoff letter (.5) | 0.70<br>$160.00/ hr | $112.00 |

Exhibit B

**Joseph A. Baldi & Associates, P. C.**                                11/17/2008

White, Shirley - Sale of Polk Street                          Page     3

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/10/2007 | JAB | TC to debtor's attorney re sale, surrender of premises. | 0.30<br>$400.00/ hr | $120.00 |
| 10/11/2007 | JAB | TC to debtor re possession of premises, closing, payment of homestead. Confirm that possession will be turned over to buyer. | 0.50<br>$400.00/ hr | $200.00 |
| 10/16/2007 | ECB1 | TC with Ticor re revisions to commitment (.2) Review revised commitment (.1) TC to Surveyor re accelerating survey delivery to accomodate buyer's request for earlier closing date (.1) Transmit title commitment to surveyor (.1) | 0.50<br>$160.00/ hr | $80.00 |
| 10/17/2007 | ECB1 | Preparation of closing documents, memos to buyer's counsel re scheduling closing, etc. | 3.50<br>$160.00/ hr | $560.00 |
| 10/17/2007 | JAB | Prepare for and attend hearing on White Motion to sell real estate. (.6) Confer with ECB on follow up, closing. (.4) | 1.00<br>$400.00/ hr | $400.00 |
| 10/18/2007 | ECB1 | Finish preparation of closing documents (1.3) Update closing figures (.3) E-mails to Broker re scheduling of closing and status of buyer's loan (.3) | 1.90<br>$160.00/ hr | $304.00 |
| 10/22/2007 | ECB1 | TC with Christopher Weinum re status of buyer's loan clearance and tentative closing date | 0.20<br>$160.00/ hr | $32.00 |
| 10/23/2007 | ECB1 | Correspondence to involved parties re closing date/time (.3) Confer with TR to contact Debtor re delivery of possession (.1) Review, revise and finalize deed, bill of sale, tax declarations and closing statement (.7) Corres to Buyer's attorney re closing figures and survey (.2) | 1.30<br>$160.00/ hr | $208.00 |
| 10/29/2007 | ECB1 | TC's from Capital Funding re additional conditions and documents to clear loan (.4) Fax to all parties to postpone closing (.3) TC Ticor to postpone closing(.1) TC with Broker D. Harmon re walk through, postponement of closing and buyer's request for warranty (.3) Memo to trustee re closing and warranty issues (.3) TC and corres to Citimortgage to request updated and revised payoff letter (.4) | 1.80<br>$160.00/ hr | $288.00 |
| 10/30/2007 | ECB1 | TC with buyer's attorney re rescheduling closing date (.2) TC to Ticor re validity of payoff letter (.2) Check Cook County Treasurer website for posting of second installment 2006 taxes -- not yet (.1) | 0.50<br>$160.00/ hr | $80.00 |
| 10/31/2007 | ECB1 | TC with Buyer's attorney's office re rescheduling (.2) TC with Capital funding re same (.2) Reschedule closing with Ticor title (.1) | 0.50<br>$160.00/ hr | $80.00 |

Exhibit B

**Joseph A. Baldi & Associates, P. C.**                                    11/17/2008

White, Shirley - Sale of Polk Street                                    Page    4

| Date | | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 11/01/2007 | ECB1 | TC with Ticor Title re problem with updated payoff letter and requirement for new letter (.4) TC's buyer's lender re scheduling tentative closing and buyer's ability to close (.4) Update closing dox for 11/5/07 tentative closing (.7) Prep correspondence to all parties re new date (.3) Prep corres to title company to submit seller's closing figues and dox (.3) | 1.70 $160.00/ hr | $272.00 |
| 11/05/2007 | ECB | TC's with Citimortgage agent re status of issuance of updated payoff letter (.2) Telephone calls with buyer's attorney (.1) buyer's realtor (.1) and TR's realtor (.1) re need to reschedule closing; TC to Ticor Title to cancel closing (.1) | 0.60 $250.00/ hr | $150.00 |
| 11/07/2007 | ECB | TC to Ira Nevel's office to check status of revised payoff (.2) TC to Ticor re status of title and zoning for closing (.2) TC 's with Broker, Lender and Buyer's attorney regarding borrower's lender's request for 2nd appraisal (1.6) | 2.00 $250.00/ hr | $500.00 |
| 11/08/2007 | ECB1 | TC with Buyer's ATtorney re status of delayed closing (.2) TC with Ticor Oaklawn office to confirm zoning certifcation (.1) | 0.30 $160.00/ hr | $48.00 |
| 11/13/2007 | ECB1 | TC with buyer's mortgage broker re second appraisal and lender's rejection of purchase price (.4); Revise closing figures to determine feasability of lower sales price (.3) TC's with Debtor and broker re same and possibility of reducing sales price (.7) | 1.40 $160.00/ hr | $224.00 |
| 11/13/2007 | JAB | Confer with ECB and broker re appraisal and maximum sale price lender will fund. Confer with ECB on reductions by parties to permit sale. TC to S White re reduction in homestead exemption. | 0.50 $400.00/ hr | $200.00 |
| 11/14/2007 | ECB1 | TC with Buyer's attorney re concessions from Buyer to cover partial sales price reduction (.3) Draft Motion to Sell Real Estate at Reduced Sales Price (2.5) | 2.80 $160.00/ hr | $448.00 |
| 11/15/2007 | ECB1 | Revise and finalize Motion SEll at Redued Sales Price (1.2) Prep order (.4) | 1.60 $160.00/ hr | $256.00 |
| 11/19/2007 | ECB1 | Multiple TC's with mortgage broker at Capital Funding and buyer's attorney to negotiate treatment of reduced sales prices and obtain contribution from buyer to make up portion of reduction (1.5) Confer with trustee re same (.2) Review and execute addendum to sales contract (.2) TC with title company to schedule tentative closing (.1) Obtain original duplicate tax bill for closing (.4) Review closing statement and tax transfer forms to reflect reduced sales price (.5) | 2.90 $160.00/ hr | $464.00 |
| 11/20/2007 | ECB1 | Multiple phone calls to mortgage broker and buyer's attorney to confirm court approval of reduced sales price and for continued negotiations regarding final numbers and reductions of credits | 3.40 $160.00/ hr | $544.00 |

Exhibit B

**Joseph A. Baldi & Associates, P. C.**

11/17/2008

White, Shirley -  Sale of Polk Street

Page    5

to buyer at closing (1.3) Revise all closing documents to reflect
reduced sales price (1.3) TC's to brokers and debtor re
tentative closing scheduled for November 21, 2007 (.4) TC with
title company re proposed closing (.2) Prep transmittal of
closing numbers and deed to title co (.2)

| Date | Staff | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 11/20/2007 | JAB | Appear on motion to reduce sales price | 0.50 $400.00/ hr | $200.00 |
| 11/21/2007 | ECB1 | TC's and e-mails re status of Buyer's loan/appraisal approval by underwriter (.5) TC's to title company, broker and debtor to cancel scheduled closing for today (.6) | 1.10 $160.00/ hr | $176.00 |
| 12/03/2007 | JAB | TC to buyer's attorney re return of earnest money, leave message. | 0.10 $400.00/ hr | $40.00 |
| 12/06/2007 | ECB1 | TC C. Weinum re earnest money forfeiture (.2)  Draft letter re same (.3) | 0.50 $160.00/ hr | $80.00 |

|  | Total Hours | 44.60 | Total Fees | $9,698.00 |

**Joseph A. Baldi & Associates, P. C.**                                    11/17/2008

White, Shirley - Sale of Polk Street                                    Page    6

## Expenses

| Start Date | Code | Description | Quantity | Charges |
|---|---|---|---|---|
| 9/24/2007 | POSTAGE | Rule 2002 Notice of Sale of Polk Street property | 30.00 @ $0.41/each | $12.30 |
| 11/20/2007 | MISC | Miscellaneous Expense - Duplicate Real Estate Tax Bill for Closing | 1.00 @ $1.00/each | $1.00 |
| 11/21/2007 | MISC | Miscellaneous Expense - Survey Bill | 1.00 @ $365.00/each | $365.00 |
| 12/04/2007 | OVERNIGHT | Service of Motion to Sell at Reduced Price | 1.00 @ $46.07/each | $46.07 |

|  |  | Total Expenses | | $424.37 |
|---|---|---|---|---|
|  | Total New Charges | | | $10,122.37 |
|  | Previous Balance | | | $0.00 |
|  | Balance Due | | | $10,122.37 |

## Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Elizabeth C Berg | 1.60 | $160.00 |
| Elizabeth C Berg | 2.60 | $250.00 |
| Elizabeth (1) C Berg | 2.60 | $400.00 |
| Elizabeth (1) C Berg | 30.70 | $160.00 |
| Joseph A Baldi | 7.10 | $400.00 |

Exhibit B

**Joseph A. Baldi & Associates, P. C.**                                    11/17/2008

White, Shirley - General Administration                              Page    7

In Reference to:    *White, Shirley - General Administration*

### Professional Services

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 7/09/2007 | DBW | meeting with Trustee re vacating order modifying stay (.2), review file & docket re same (.3), draft Motion and proposed order (1.7), e-file (.1) | 2.30 $300.00/ hr | $690.00 |
| 7/17/2007 | JAB | Attend hearing on Motion To Vacate Order Modifying Stay, motion to retain counsel, obtain orders re same. | 0.50 $400.00/ hr | $200.00 |
| 10/03/2007 | ECB1 | Perform 3rd quarter status review for UST and update TR database; Memo to trustee re status | 0.20 $160.00/ hr | $32.00 |

|  |  | Total Hours | 3.00 | Total Fees | $922.00 |
|--|--|-------------|------|-----------|---------|

Exhibit B

**Joseph A. Baldi & Associates, P. C.**

White, Shirley - General Administration

Page    8

11/17/2008

| | |
|---|---:|
| Total New Charges | $922.00 |
| Previous Balance | $0.00 |
| Balance Due | $922.00 |

### Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Donna B Wallace | 2.30 | $300.00 |
| Elizabeth (1) C Berg | 0.20 | $160.00 |
| Joseph A Baldi | 0.50 | $400.00 |

Exhibit B

**Joseph A. Baldi & Associates, P. C.**

White, Shirley - Retention of Professionals

**In Reference to:**   *White, Shirley - Retention of Professionals*

### Professional Services

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 7/09/2007 | DBW | Draft Motion to Employ B & A. affidavit & proposed Order | 0.60<br>$300.00/ hr | $180.00 |
| 8/08/2007 | ECB1 | Prep, serve and file amended notice of motion to hire broker | 0.10<br>$0.00/ hr | $0.00 |
| | | Total Hours | 0.70   Total Fees | $180.00 |

Exhibit B

**Joseph A. Baldi & Associates, P. C.**

White, Shirley - Retention of Professionals

| | |
|---|---|
| Total New Charges | $180.00 |
| Previous Balance | $0.00 |
| Balance Due | $180.00 |

## Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Donna B Wallace | 0.60 | $300.00 |
| Elizabeth (1) C Berg | 0.10 | $0.00 |

Exhibit B

**Joseph A. Baldi & Associates, P.C.**
19 S. LaSalle Street
**Suite 1500**
**Chicago, IL 60603**

Phone: (312) 726-8150
Fax:    (312) 726-5067

FEIN: 36-4352753

**Invoice submitted to:**

November 17, 2008
Invoice No:   1103

*Joseph Baldi, Trustee*
19 South LaSalle Street
Suite 1500
Chicago, IL 60603

**In Reference to:**   *White, Shirley - Trustee matters*

**Professional Services**

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 11/20/2007 | JAB | Confer with ECB on revisions to sales settlement payments, reductions to be taken, authorize negotiations to facilitate closing.  Review and execute deed and bill of sale. | 1.00<br>$400.00/ hr | $400.00 |
| 1/14/2008 | ECB1 | Set up bank account for deposits (.1) Prep deposit of earnest money forfeiture and amend TR database to reflect same (.1) | 0.20<br>$160.00/ hr | $32.00 |
| 7/17/2008 | ECB1 | Process June 08 bank statements (.1) Reconcile TR accounts to same (.1) | 0.20<br>$160.00/ hr | $32.00 |
| 10/07/2008 | ECB1 | Meet with TR and discuss status of claims review and case closing | 0.20<br>$160.00/ hr | $32.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Total Hours | 1.60 | Total Fees | $496.00 |

Exhibit B

**Joseph A. Baldi & Associates, P. C.**

11/17/2008

White, Shirley - Trustee matters

Page 2

| | |
|---|---:|
| Total New Charges | $496.00 |
| Previous Balance | $0.00 |
| Balance Due | $496.00 |

### Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Elizabeth (I) C Berg | 0.60 | $160.00 |
| Joseph A Baldi | 1.00 | $400.00 |

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 07-06665 -SPS |
| Case Name: | WHITE, SHIRLEY A |

| Taxpayer ID No: | *******8682 |
| For Period Ending: | 09/21/09 |

| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******5850  Money Market Account (Interest Earn |

| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C  01/14/08 | 11 | REMAX PREFERRED BROKERS | Earnest money Forfeiture | 1290-000 | 1,000.00 | | 1,000.00 |
| | | Escrow Account | | | | | |
| | | 9936 S. Western Avenue | | | | | |
| | | Chicago, IL 60643 | | | | | |
| C  01/31/08 | 12 | Bank of America, N.A. | Interest Rate  0.400 | 1270-000 | 0.16 | | 1,000.16 |
| C  02/29/08 | 12 | Bank of America, N.A. | Interest Rate  0.300 | 1270-000 | 0.24 | | 1,000.40 |
| C  03/31/08 | 12 | Bank of America, N.A. | Interest Rate  0.250 | 1270-000 | 0.24 | | 1,000.64 |
| C  04/30/08 | 12 | Bank of America, N.A. | Interest Rate  0.250 | 1270-000 | 0.21 | | 1,000.85 |
| C  05/30/08 | 12 | Bank of America, N.A. | Interest Rate  0.150 | 1270-000 | 0.12 | | 1,000.97 |
| C  06/30/08 | 12 | Bank of America, N.A. | Interest Rate  0.150 | 1270-000 | 0.13 | | 1,001.10 |
| C  07/31/08 | 12 | Bank of America, N.A. | Interest Rate  0.150 | 1270-000 | 0.13 | | 1,001.23 |
| C  08/29/08 | 12 | Bank of America, N.A. | Interest Rate  0.150 | 1270-000 | 0.12 | | 1,001.35 |
| C  09/30/08 | 12 | Bank of America, N.A. | Interest Rate  0.150 | 1270-000 | 0.13 | | 1,001.48 |
| C  10/31/08 | 12 | Bank of America, N.A. | Interest Rate  0.100 | 1270-000 | 0.10 | | 1,001.58 |
| C  11/28/08 | 12 | Bank of America, N.A. | Interest Rate  0.100 | 1270-000 | 0.08 | | 1,001.66 |
| C  12/31/08 | 12 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 1,001.72 |
| C  01/30/09 | 12 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,001.73 |
| C  02/27/09 | 12 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,001.74 |
| C  03/31/09 | 12 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,001.75 |
| C  04/30/09 | 12 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.02 | | 1,001.77 |
| C  05/29/09 | 12 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.02 | | 1,001.79 |
| C  06/30/09 | 12 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.03 | | 1,001.82 |
| C  07/31/09 | 12 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.03 | | 1,001.85 |
| C  08/31/09 | 12 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.03 | | 1,001.88 |
| C  09/18/09 | 12 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 1,001.89 |
| 1  09/18/09 | | Transfer to Acct #*******6215 | Final Posting Transfer | 9999-000 | | 1,001.89 | 0.00 |
| | | | Transfer funds for final distribution.  ecb September | | | | |
| | | | 18, 2009, 10:54 am | | | | |

LFORM2T4

Ver: 15.00a

Page    2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No | 07-06665  -SPS | |
| Case Name | WHITE, SHIRLEY A | |
| | | |
| Taxpayer ID No | *******8682 | |
| For Period Ending: | 09/21/09 | |

| | |
|---|---|
| Trustee Name | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******5850  Money Market Account (Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

* Reversed
t Funds Transfer
C Bank Cleared

| Account | *******5850 | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Balance Forward | | 0.00 | | | |
| | 1 | Deposits | | 1,000.00 | 0 | Checks | 0.00 |
| | 21 | Interest Postings | | 1.89 | 0 | Adjustments Out | 0.00 |
| | | | | | 1 | Transfers Out | 1,001.89 |
| | | Subtotal | $ | 1,001.89 | | | |
| | | | | | | Total | $    1,001.89 |
| | 0 | Adjustments In | | 0.00 | | | |
| | 0 | Transfers In | | 0.00 | | | |
| | | Total | $ | 1,001.89 | | | |

LFORM2T4

Ver: 15.00a

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 07-06665 -SPS | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | WHITE, SHIRLEY A. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******6215 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8682 | | |
| For Period Ending: | 09/21/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Trans. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| † 09/18/09 | | Transfer from Acct #*******5850 | BALANCE FORWARD<br>Transfer In From MMA Account<br>Transfer funds for final distribution.  ecb September 18, 2009, 10:54 am | 9999-000 | 1,001.89 | | 0.00<br>1,001.89 |

* Reversed
† Funds Transfer
C Bank Cleared

| Account  *******6215 | | | | | | |
|---|---|---|---|---|---|---|
| | | Balance Forward | 0.00 | | | |
| 0 | Deposits | | 0.00 | 0 | Checks | 0.00 |
| 0 | Interest Postings | | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ | 0.00 | | | |
| 0 | Adjustments In | | 0.00 | | Total | $ 0.00 |
| 1 | Transfers In | | 1,001.89 | | | |
| | Total | $ | 1,001.89 | | | |

| Report Totals | | | | | | |
|---|---|---|---|---|---|---|
| | | Balance Forward | 0.00 | | | |
| 1 | Deposits | | 1,000.00 | 0 | Checks | 0.00 |
| 21 | Interest Postings | | 1.89 | 0 | Adjustments Out | 0.00 |
| | | | | 1 | Transfers Out | 1,001.89 |
| | Subtotal | $ | 1,001.89 | | | |
| 0 | Adjustments In | | 0.00 | | Total | $ 1,001.89 |
| 1 | Transfers In | | 1,001.89 | | | |
| | Total | $ | 2,003.78 | Net Total Balance | $ 1,001.89 | |

Ver 15.00a

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No.07-06665 |
| Shirley A. White, | ) | Hon. Susan Pierson Sonderby |
| | ) | Hearing Date: October 21, 2009 |
| Debtor. | ) | Time: 10:00 a.m. |

**Notice of Trustee's Application For an Order (i) Allowing and Authorizing Payment
of Administrative Claims of Trustee and Real Estate Broker,
(ii) Waiving Final Report and (iii) Closing Case**

PLEASE TAKE NOTICE that on September 21, 2009, Joseph A. Baldi, trustee ("Trustee") of the Estate of Shirley A. White, Debtor ("Debtor"), filed Trustee's Application For An Order (i) Allowing and Authorizing Payment of Administrative Claims of Trustee and Real Estate Broker (ii) Waiving Final Report and (iii) Closing Case ("Application") in the above-referenced matter.  A copy of the Trustee's Application is available for inspection and copying at the office of the Clerk of the United States Bankruptcy Court, 219 South Dearborn Street, Chicago, Illinois 60604.  A copy of the Motion may also be obtained from the Trustee's attorneys at the address set forth below and on the internet at the Court's web site at  www.ilnb.uscourt.gov/.

The sole funds in this bankruptcy estate is the forfeited earnest money deposit which Trustee collected in connection with a failed real estate sale of Debtor's interest in  5254 W. Polk Street, Chicago, IL ("Property").  Despite Trustee's agreement to reduce the sales price after a binding contract had been entered into, the proposed purchaser failed to secure financing and Trustee was unable to close the sale of the Property.  The Estate retained $1,000.00 earnest money deposit from the proposed purchaser.  There are no additional unencumbered, non-exempt assets in this Estate to administer for the benefit of creditors of the Estate.  The amount of funds on hand in the estate now total $1,001.89.

As set forth in the Application, Trustee seeks an order allowing and authorizing payment of an administrative expense claim to Trustee in the amount of $424.37 to reimburse his out-of-pocket expenses for a survey and duplicate title bills.  Trustee also seeks allowance and authority to pay to Trustee's real estate agent an administrative claim in the amount of $577.52 to reimburse the realtor's expenses incurred in connection with the failed sale.  If allowed, payment of the two requested administrative expense claims will exhaust all funds in the Estate.  Trustee also seeks an order waiving the requirement that he file a final report and finding that the Application adequately provides a final report of the administration of this estate.    Trustee seeks an order directing that the case will be closed on the payment of the administrative expense claims allowed to Trustee and Trustee's Broker.

Objections, if any, to the relief requested in the Application must be filed on or before October 19, 2009 with the Clerk of the United States Bankruptcy Court, 219 South Dearborn Street, Chicago, Illinois 60604, with a copy to be served concurrently upon the Trustee's counsel at the address set forth below.

A hearing will be held to consider the Trustee's Application and objections, if any, on **October 21, 2009 at 10:00 a.m.** before the Honorable Susan Pierson Sonderby, United States Bankruptcy Judge in courtroom 642 at 219 South Dearborn Street, Chicago, Illinois at which time you may, but need not appear.  If no objections to the Application are made, the Court may enter its order authorizing the Trustee to pay the compensation and expense reimbursement requested and granting the other relief requested without further hearing thereon.

Dated:  September 21, 2009

Joseph A. Baldi, Trustee of the Estate of
Shirley A. White, debtor

/s/ Joseph A. Baldi, Trustee

Joseph A. Baldi/Attorney ID No. 00100145
Joseph A. Baldi & Associates, P.C.
19 South LaSalle Street  Suite 150
Chicago, IL  60603    (312) 726-8150

**Exhibit D**