UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
WHITE, SHIRLEY A. § Case No. 07-06665
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $        (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter    on              .  The case was pending for     months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/Joseph A. Baldi, Trustee_____
                                                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CitiMortgage |  |  |  |  |  |
| City of Chicago Dept. of Water |  |  |  |  |  |
| GMAC |  |  |  |  |  |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Wells Fargo Auto Finance | | | | | |
| HSBC AUTO FINANCE | | | | | |
| TOTAL SECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| DOROTHY HARMON | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ACS | | | | | |
| ACS/Suntrust | | | | | |
| AT&T | | | | | |
| Aronson Furn | | | | | |
| Capital One Bank | | | | | |
| GEMB/Old Navy | | | | | |
| Household Bank/Rhodes Furn | | | | | |
| Nationwide Acceptance | | | | | |
| Peoples Energy | | | | | |
| Peoples Gas | | | | | |
| SBC Ameritech | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Union Plus Credit Card | | | | | |
| Wfnnb/Vctoria | | | | | |
| HSBC NV | | | | | |
| SALLIE MAE | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 07-06665 SPS Judge: Susan Pierson Sonderby | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | WHITE, SHIRLEY A. | Date Filed (f) or Converted (c): | 04/13/07 (f) |
| | | 341(a) Meeting Date: | 05/16/07 |
| For Period Ending: | 12/21/09 | Claims Bar Date: | 11/08/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. LOCATION: 5254 W. POLK ST., CHICAGO IL | 150,000.00 | 0.00 | | 0.00 | FA |
| 2. CHECKING WITH MB FINANCIAL | 120.00 | 0.00 | | 0.00 | FA |
| 3. CHECKING CHASE | 63.00 | 0.00 | | 0.00 | FA |
| 4. CHECKING WITH LOYOLA CREDIT UNION | 75.00 | 0.00 | | 0.00 | FA |
| 5. 3 ROOMS OF FURNITURE AND HOUSEHOLD GOODS WITH STAN | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. PERSONAL CLOTHING | 400.00 | 0.00 | | 0.00 | FA |
| 7. EXPECTED REFUND (NO LONGER EXPECTS EARNED INCOME C | 3,500.00 | 0.00 | | 0.00 | FA |
| 8. 2005 DODGE NEON | 8,000.00 | 0.00 | | 0.00 | FA |
| 9. 2004 CADILLAC DEVILLE | 17,000.00 | 0.00 | | 0.00 | FA |
| 10. 2004 CHEVY CAVALIER - | 8,000.00 | 0.00 | | 0.00 | FA |
| 11. Forfeited Earnest Money (Breach of RE Contract) (u) | 0.00 | 1,000.00 | | 1,000.00 | FA |
| 12. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.89 | Unknown |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $188,158.00 | $1,000.00 | | $1,001.89 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Determined equity in Debtor's residence. Hired broker and listed for sale. Rec'd offer for $145,000. Obtained Court
approval for sale. Closing to occur by 10/31/07. Delayed 3 times by buyer and transaction finally fell through due to
buyer's inability to obtain financing. TR negotiated agreed turnover of $1000 earnest money deposit. Case is
administratively insolvent. Motion to approve payment of funds for reimbursement of TR and Broker expenses, close case
and waive final report filed and hearing scheduled for 10/21/09

LFORM1

**UST Form 101-7-TDR (9/1/2009)** *(Page: 7)*

Ver: 15.05a

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | |
|---|---|
| Case No: 07-06665   SPS   Judge: Susan Pierson Sonderby | Trustee Name: Joseph A. Baldi, Trustee |
| Case Name: WHITE, SHIRLEY A. | Date Filed (f) or Converted (c): 04/13/07 (f) |
| | 341(a) Meeting Date: 05/16/07 |
| | Claims Bar Date: 11/08/07 |

Initial Projected Date of Final Report (TFR): 04/01/08    Current Projected Date of Final Report (TFR): 02/15/09

LFORM1
**UST Form 101-7-TDR (9/1/2009)** *(Page: 8)*

Ver: 15.05a

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-06665 -SPS | Trustee Name: | Joseph A. Baldi, Trustee |
| --- | --- | --- | --- |
| Case Name: | WHITE, SHIRLEY A. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******5850 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******8682 | | |
| For Period Ending: | 12/21/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/14/08 | 11 | REMAX PREFERRED BROKERS<br>Escrow Account<br>9936 S. Western Avenue<br>Chicago, IL 60643 | Earnest money Forfeiture | 1290-000 | 1,000.00 | | 1,000.00 |
| 01/31/08 | 12 | Bank of America, N.A. | Interest Rate  0.400 | 1270-000 | 0.16 | | 1,000.16 |
| 02/29/08 | 12 | Bank of America, N.A. | Interest Rate  0.300 | 1270-000 | 0.24 | | 1,000.40 |
| 03/31/08 | 12 | Bank of America, N.A. | Interest Rate  0.250 | 1270-000 | 0.24 | | 1,000.64 |
| 04/30/08 | 12 | Bank of America, N.A. | Interest Rate  0.250 | 1270-000 | 0.21 | | 1,000.85 |
| 05/30/08 | 12 | Bank of America, N.A. | Interest Rate  0.150 | 1270-000 | 0.12 | | 1,000.97 |
| 06/30/08 | 12 | Bank of America, N.A. | Interest Rate  0.150 | 1270-000 | 0.13 | | 1,001.10 |
| 07/31/08 | 12 | Bank of America, N.A. | Interest Rate  0.150 | 1270-000 | 0.13 | | 1,001.23 |
| 08/29/08 | 12 | Bank of America, N.A. | Interest Rate  0.150 | 1270-000 | 0.12 | | 1,001.35 |
| 09/30/08 | 12 | Bank of America, N.A. | Interest Rate  0.150 | 1270-000 | 0.13 | | 1,001.48 |
| 10/31/08 | 12 | Bank of America, N.A. | Interest Rate  0.100 | 1270-000 | 0.10 | | 1,001.58 |
| 11/28/08 | 12 | Bank of America, N.A. | Interest Rate  0.100 | 1270-000 | 0.08 | | 1,001.66 |
| 12/31/08 | 12 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 1,001.72 |
| 01/30/09 | 12 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,001.73 |
| 02/27/09 | 12 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,001.74 |
| 03/31/09 | 12 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,001.75 |
| 04/30/09 | 12 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.02 | | 1,001.77 |
| 05/29/09 | 12 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.02 | | 1,001.79 |
| 06/30/09 | 12 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.03 | | 1,001.82 |
| 07/31/09 | 12 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.03 | | 1,001.85 |
| 08/31/09 | 12 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.03 | | 1,001.88 |
| 09/18/09 | 12 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 1,001.89 |
| 09/18/09 | | Transfer to Acct #*******6215 | Final Posting Transfer<br>Transfer funds for final distribution.  ecb September 18, 2009, 10:54 am | 9999-000 | | 1,001.89 | 0.00 |

FORM 2

Page: 2

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-06665 -SPS | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | WHITE, SHIRLEY A. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******5850 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******8682 | | | |
| For Period Ending: | 12/21/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Account *******5850 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 1 | Deposits | 1,000.00 | 0 | Checks | 0.00 |
| | 21 | Interest Postings | 1.89 | 0 | Adjustments Out | 0.00 |
| | | | | 1 | Transfers Out | 1,001.89 |
| | | Subtotal | $ 1,001.89 | | | |
| | | | | | Total | $ 1,001.89 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 1,001.89 | | | |

LFORM2T4

UST Form 101-7-TDR (9/1/2009) *(Page: 10)*

Ver: 15.05a

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-06665 -SPS | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | WHITE, SHIRLEY A. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******6215 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8682 | | | |
| For Period Ending: | 12/21/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/18/09 | | Transfer from Acct #*******5850 | Transfer In From MMA Account | 9999-000 | 1,001.89 | | 1,001.89 |
| | | | Transfer funds for final distribution. ecb September 18, 2009, 10:54 am | | | | |
| 10/28/09 | 001001 | Joseph A. Baldi, as Trustee<br>19 S. LaSalle Street  Suite 1500<br>Chicago  Illinois  60603 | Trustee Expenses | 2200-000 | | 424.37 | 577.52 |
| 10/28/09 | 001002 | Dorothy Harmon<br>7538 S. Wabash Avenue<br>Chicago  IL  60619 | Realtor for Trustee Fees (Real Esta | 3510-000 | | 577.52 | 0.00 |

| Account *******6215 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 0 | Deposits | 0.00 | 2 | Checks | 1,001.89 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | | | |
| | | | | Total | $ 1,001.89 |
| 0 | Adjustments In | 0.00 | | | |
| 1 | Transfers In | 1,001.89 | | | |
| | Total | $ 1,001.89 | | | |

LFORM2T4  UST Form 101-7-TDR (9/1/2009) (Page: 11)

Ver: 15.05a

FORM 2

Page: 4

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-06665 -SPS | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | WHITE, SHIRLEY A. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******6215 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8682 | | |
| For Period Ending: | 12/21/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | |
|---|---|---|---|---|---|
| Report Totals | Balance Forward | 0.00 | | | |
| 1 | Deposits | 1,000.00 | 2 | Checks | 1,001.89 |
| 21 | Interest Postings | 1.89 | 0 | Adjustments Out | 0.00 |
| | | | 1 | Transfers Out | 1,001.89 |
| | Subtotal | $ 1,001.89 | | | |
| | | | | Total | $ 2,003.78 |
| 0 | Adjustments In | 0.00 | | | |
| 1 | Transfers In | 1,001.89 | | | |
| | Total | $ 2,003.78 | | Net Total Balance | $ 0.00 |

LFORM2T4

UST Form 101-7-TDR (9/1/2009) *(Page: 12)*

Ver: 15.05a